UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
CAPITAL ONE INVESTING, LLC.,            )
                                        )   No. C16-1079RSL
                Plaintiff,              )
        v.                              )
                                        )   ORDER TO SHOW CAUSE
JOHN DOES I & II, individually, and the )
marital communities and JOHN & JANE     )
DOES I & II,                            )
                                        )
                Defendants.             )
_____)

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on July 13, 2016. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than March 17, 2017.

DATED this 3rd day of March, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE