IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPITAL ONE INVESTING, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD A. WILLIAMS, dba A D WILLIAMS SERVICES, individually; the marital community of DONALD A. WILLIAMS and JANE DOE WILLIAMS; DANIELLE BROOKS, individually; the marital community of DANIELLE BROOKS and JOHN DOE BROOKS; LAKEISHA CHARLES, dba LAKEISHAS, individually; and the marital community of LAKEISHA CHARLES and JOHN DOE CHARLES,<br><br>　　　　　　Defendants. | No. 2:16-cv-01079-RSL<br><br>**ORDER GRANTING MOTION FOR DISMISSAL PURSUANT TO CIVIL RULE 41(a)(1)(A)(i) OF DEFENDANTS WILLIAMS ONLY** |

This matter came before the Court on the Plaintiff's Motion to Dismiss only defendants Donald A. Williams dba A D Williams Services and Donald A. Williams and Jane Doe Williams, without prejudice, pursuant to Civil Rule 41(a)(1)(A)(i).

Based upon the above motion, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff's Motion to Dismiss is GRANTED.

2. Defendants Donald A. Williams dba A D Williams Services and Donald A. Williams and Jane Doe Williams are dismissed without prejudice or costs to any party.

ORDER GRANTING MOTION FOR DISMISSAL
Cause No. 2:16-cv-01079-RSL　　　　- 1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148

3. All remaining defendants remain party to this action.

DONE IN OPEN COURT this 2nd day of May, 2018.

_____
JUDGE/~~COURT COMMISSIONER~~

Presented by:

**KINSEL LAW OFFICES**

By   s/William A. Kinsel
   William A. Kinsel, WSBA #18077
Attorneys for Plaintiff Capital One Investing, LLC

531.doc

ORDER GRANTING MOTION FOR DISMISSAL
Cause No. 2:16-cv-01079-RSL        - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148